TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Kareem Hargett

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Kareem Hargett, | Case No.: 2:15-cv-07671-MWF-JEM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Wells Fargo Bank, N.A, | |
| Defendant. | |

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice and with each part to bear its own attorneys' fees and costs.

Date: December 30, 2015

_____

Judge: Hon. Michael W. Fitzgerald